UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**8/24/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case Number: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐ Followed   ☐ Modified

### ORDER REINSTATING

☐ **CASE**   ☐ **AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 8/24/2009**

Honorable Morris Stern
United States Bankruptcy Judge

This matter having been presented to the Court by _____ the Debor and, for good cause it is

ORDERED that:

☒ the Order of Dismissal filed on _____ is vacated and the case shall be reinstated.

☒ the Order Vacating the Automatic Stay filed on _____ is vacated and the automatic stay is reinstated.

Pursuant to 11 U.S.C. 362(c)(4(B) the Automatic Stay is reinstated as to all creditors in the instant bankruptcy filing; it is further

ORDERED that the Debtor's counsel shall provide notice to all interest parties within \_\_ days of the signing of this Order.

*rev.6/1/06; jml*

2

*Approved by Judge Morris Stern August 24, 2009*